**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **IN RE: LETTER OF REQUEST** | ) | |
| **CONCERNING JESSE HAMMOND** | ) | **8:06CV553** |
| | ) | |

**ORDER TO PROVIDE BUCCAL CELL SAMPLE**

This matter having come on for hearing this date, and in the absence of good cause having been shown as to why Jesse Hammond should not be compelled to comply with the Letter of Request and Order of the Local Court of Bochum, Germany, and in light of the willingness to provide the requested sample Jesse Hammond expressed at the hearing this day, its is hereby

ORDERED that Jesse Hammond appear at the **Urgent Care Clinic, 2501 Capehart Road, Offutt Air Force Base, 68113-2160** (clinic), on **Tuesday, October 24, 2006 at 10:00 A.M.** and that he provide a buccal cell sample to a member of the clinic's medical staff; it is further

ORDERED that Jesse Hammond not eat or drink any food or beverage one hour prior to the providing the sample; it is further

ORDERED that Jesse Hammond bring photo identification such as a driver's license with him to the appointment at the clinic and that he allow a photocopy of the photo identification to be made at that time; it is further

ORDERED that if Jesse Hammond fails to appear to provide the sample in accordance with this Order, a warrant may issue for his arrest; it is further

ORDERED that the United States will serve a copy of this Order on Jesse Hammond by regular mail.

DATED this 5th day of October, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge