# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IN RE: LETTER OF REQUEST**  )<br>**CONCERNING JESSE HAMMOND**  )<br>)<br>)<br>) | 8:06CV553 |

## ORDER

Upon consideration of the Notice of Compliance of the United States of America, and for good cause shown, IT IS HEREBY ORDERED that this matter be and hereby is closed.

**IT IS SO ORDERED.**

DATED this 2nd day of May, 2007.

                                                    BY THE COURT:

                                                    s/Thomas D. Thalken<br>
                                                    United States Magistrate Judge